```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE APPLICATION TO UNSEAL CIVIL      :     ORDER
DISCOVERY MATERIALS                    :
                                       :     19 Misc. 149 (CM)
                                       :
------------------------------------------------------------x

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorneys Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach;

      It is found that the materials in the above-captioned case are currently sealed and the United States Attorney's Office has applied to have the materials unsealed, it is therefore

      ORDERED that the Court respectfully directs the Clerk of Court to unseal this case and its filings and transcripts.

Dated: New York, New York
       March 23, 2021

SO ORDERED:

HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE